FENNEMORE CRAIG, P.C.
John M. Pearce, Esq. (NV Bar No. 7859)
Chelsie A. Adams, Esq. (NV Bar No. 13058)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email:  jpearce@fclaw.com
           cadams@fclaw.com

*Attorney for Defendants Circle K Store #1302 and
Circle K Stores Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE SMITHER, an individual, | Case No.: 2:20-cv-00069-APG-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING DISCOVERY DEADLINES** |
| CIRCLE K STORE #1302; CIRCLE K STORES INC.; DOES 1 through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff Irene Smither ("Plaintiff") and Defendant Circle K Stores Inc. ("Defendant"), by and through their counsel of record, hereby stipulate and request that this Court enter an Order to stagger disclosure of expert reports. In support of this stipulation and request, the Parties state the deadlines set forth for the close of discovery and the filing of dispositive motions as follows:

| | |
|---|---|
| **Discovery Cut-Off:** | August 2, 2021 |
| **Plaintiff's Expert Disclosures:** | June 2, 2021 |
| **Defendant's Expert Disclosures:** | July 2, 2021 |
| **Dispositive Motions:** | August 30, 2021 |
| **Pre-Trial Order:** | September 29, 2021 |

The Parties request that the above-referenced scheduling order be entered.

*Irene Smither v. Circle K, Store #1302, et al.*
Case No. 2:20-cv-00069-APG-BNW

**IT IS SO STIPULATED**

Dated this 12th day of May, 2021.

| LAW OFFICE OF TRAVIS E. SHETLER | FENNEMORE CRAIG, P.C. |
|---|---|
| By: */s/ Travis E. Shetler*<br>Travis E. Shetler, Esq. (NV Bar No. 004747)<br>3202 W. Charleston Blvd.<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff Irene Smither* | By: */s/ Chelsie A. Adams*<br>John M. Pearce, Esq. (NV Bar No. 7859)<br>Chelsie A. Adams, Esq. (NV Bar No. 13058)<br>300 South Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Circle K Stores Inc.* |

## SCHEDULING ORDER

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: May 14, 2021

18380789.1/010609.0122