**TRAVIS E. SHETLER, ESQ.**
Nevada Bar No. 4747
travisshetlerlaw@gmail.com
**LAW OFFICE OF TRAVIS E. SHETLER, PC**
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102
(702) 866-0091 Telephone
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRENE SMITHER, an individual, | Case No. 2:20-cv-00069-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| CIRCLE K, STORE #1302; CIRCLE K STORES INC.; DOES I through X, inclusive; and, ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-4, Plaintiff Irene Smither ("Plaintiff") and Defendants Circle K Stores Inc. and Circle K Store #1302 ("Defendant"), by and through their counsel of record, hereby stipulate and request that this Court continue the trial of this matter by 90 days, and adjust the scheduling of other remaining case deadlines accordingly. This is the parties first request to continue trial. In support of this Stipulation and Request, the Parties state as follows:

**A.** ***SETTLEMENT CONFERENCE SCHEDULE:***

    1.    This matter is set on the February 28, 2022 trial stack.

    2.    This matter is currently scheduled for a Settlement Conference on February 7, 2022.

    3.    The parties are hopeful that this matter may be resolved at that time and that they can avoid the time and expense of trial for all parties and This Honorable Court.

4. The parties are of the opinion that they have demonstrated good cause for continuing the trial of this matter.

**IT IS SO STIPULATED**

Dated this  1st  day of  February , 2022.

| LAW OFFICE OF TRAVIS E. SHETLER | FENNEMORE CRAIG, P.C. |
|---|---|
| By: */s/ Travis E. Shetler*<br>Travis E. Shetler, Esq.<br>NV Bar No. 004747<br>travis@shetlerlawfirm.com<br>3202 W. Charleston Blvd.<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiff Irene Smither* | By: */s/ Chelsie A. Adams*<br>John M. Pearce, Esq.<br>NV Bar No. 7859<br>Chelsie A. Adams, Esq.<br>NV Bar No. 13058<br>300 South Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Circle K Stores Inc. and Circle K, Store #1302* |

### ORDER

**IT IS ORDERED** that the bench trial currently scheduled for February 28, 2022, is vacated and continued to April 25, 2022, at 9:00 a.m. in courtroom 6C. Calendar call scheduled for February 22, 2022, is vacated and continued to April 19, 2022, in courtroom 6C. The February 8, 2022, Master Trial Calendar is vacated.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: February 3, 2022